# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

133744

BARBARA LEGG, Personal Representative of
the Estate of Robert Legg, Deceased,
　　　　　Plaintiff-Appellant,

v

DAIMLERCHRYSLER CORPORATION and
SILICOSIS, DUST DISEASE & LOGGING
INDUSTRY COMPENSATION FUND,
　　　　　Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133744
COA: 272752
WCAC: 05-000070

On order of the Court, the application for leave to appeal the March 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

Clerk